## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES LOMAX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK J. TENNIS, RICHARD ELLERS, | : | |
| JOHN SYMONS, MELISSA DELLIPONTI, | : | |
| DR. BRUCE BLATT, MIKE WERONICZ, | : | |
| CYNTHIA LINK, JACK WATERS, DR. | : | |
| JAFFE, PRISON HEALTH SERVICES, | : | |
| WEXFORD HEALTH SERVICES and | : | |
| CORIZON HEALTH SERVICES | : | NO. 16-6566 |

## ORDER

**NOW,** this 29th day of November, 2018, upon consideration of the Motion for Summary Judgment Filed By Corizon Health Services, Prison Health Services, Dr. John T. Symon and Dr. Bruce Blatt (Document No. 73), the DOC Defendants' Motion for Summary Judgment (Document No. 77), and after an independent review of the record, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of the defendants Corizon Health Services, Prison Health Services, Dr. John T. Symon, Dr. Bruce Blatt, Franklin Tennis, Michael Wenerowicz, Joseph Korszniak, and Melissa Delliponti and against the plaintiff James Lomax.

/s/TIMOTHY J. SAVAGE